

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00274-CR

---

Ex Parte Bishop Smith

---

On Appeal from the County Court at Law No. 2
Bell County, Texas
Trial Court No. 25CCR03775

---

## MEMORANDUM OPINION

Bishop Smith attempts to appeal the denial of his writ of habeas corpus.[1] Finding there is no appealable order, we dismiss the appeal for want of jurisdiction.

A pretrial writ of habeas corpus must be denied with a written order to properly invoke our jurisdiction. *See, e.g., Ex parte Harper*, No. 08-21-00215-CR, 2022 WL 594147, at *1 (Tex. App.—El Paso Feb. 28, 2022, no pet.) (mem. op., not designated for publication) (dismissing an appeal from a denial of a pretrial application for writ of habeas corpus in the absence of a written order). On January 2, 2026, the Clerk of this Court notified Smith that there did not appear to be

---

[1] This appeal was transferred to this Court from the Third Court of Appeals pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Third Court of Appeals' precedent to the extent it conflicts with our own. *See* Tex. R. App. P. 41.3.

an appealable order.[2] The notice requested a response no later than January 12, 2026, but none was received.

Having examined the clerk's record and notice of appeal, we conclude that there is no appealable order and that this Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 43.2(f).

MARIA SALAS MENDOZA, Chief Justice

January 21, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

(Do Not Publish)

---

[2] Our notice also notified Smith that we may lack jurisdiction over the appeal because the clerk's record contained an order granting the State's motion to dismiss charges against him.